UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

**Daitwaun Fair**,
Defendant.

Case No. 5:18-cr-00427-FJS-1

---

NOTICE OF APPEARANCE

I, the undersigned, hereby appear as Attorney of Record on behalf of the Defendant in the above-entitled case.

~ ~ ~ ~ ~

[✓] I will appear as lead counsel for the defendant

[ ] I will appear as co-counsel for the defendant, in addition to _____

[✓] Please accept my appearance as substitute counsel for the defendant, in place of Randi Juda Bianco, Esq._____, who previously appeared on behalf of the defendant in this case.

~ ~ ~ ~ ~

I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance. Federal criminal defense educational opportunities are available by contacting the Northern District of New York Federal Public Defender's Office.

I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

**Anas Saleh**
Name (Printed)

_(Signature)_

**2/7/19**
(Date)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of : Anas Saleh, Esq.

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF Onondaga

Iman Abraham, Esq._____, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of Abraham Law, PLLC, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: 514517.

2. I make this Declaration in support of the admission of Anas Saleh, Esq.

3. I have known Anas Saleh, Esq. since 2011, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 7th, day of February, 2019.

_____
SPONSOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION

OF

Anas Saleh, Esq.

: PETITION FOR
: ADMISSION TO PRACTICE

I, _____ Anas Saleh, Esq. _____, being sworn, depose and say:

1. That I reside at ___5963 Hebrides Trail___, ___Cicero___, NY ___13039___ and my office address is ___404 Oak St, STE 288___, ___Syracuse___, NY ___13203___.

2. That I was admitted to practice in the courts of the State of ___New York___ on ___02/23/2012___, by the ___Fourth___ Department.

3. That I graduated from ___Syracuse University College of Law___ Law School on ___05/15/2011___ after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.[1]

5. That I am also admitted to practice in the following States, territories, districts, commonwealths or other courts of the United States:

| BAR | DATE |
|-----|------|
|     |      |
|     |      |
|     |      |
|     |      |

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

**WHEREFORE** it is respectfully requested that this court order that Petitioner, ___Anas Saleh, Esq.___, be admitted to practice before the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this ___7th___, day of ___February___, 20___19___.

_____
PETITIONER

---

[1] Discipline Orders issued by any Court prior to executing this Petition must be attached.

United States District Court
Northern District of New York

NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: __Anas_____ _____ __Saleh_____  ○ Sr.  ○ Jr.
       First              Middle          Last                      ○ II   ○ III

○ **ADMISSION** see L.R. 83.1(b)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

● **PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in    5:18-cr-00427-FJS-1
Applicant required to file a Pro Hac Vice access request in PACER.   (case number)
Email address  asaleh@salehesq.com

○ **FEDERAL GOVERNMENT ATTORNEY** see L.R. 83.1(e)
   ○ Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   ○ Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL GROUP ADMISSION CEREMONY** [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]
Admission at the Special Ceremony Scheduled on    /    /    in            , NY.

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

### Oath on Admission

I, _____Anas Saleh_____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: 02 / 07 / 2019

_____
Attorney Signature

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF     )
                                        )
    Anas Saleh, Esq.                    )     **ORDER**
                                        )
                                        )
                                        )
TO BE ADMITTED TO THE UNITED STATES     )
DISTRICT COURT FOR THE NORTHERN         )
DISTRICT OF NEW YORK                    )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, _____Anas Saleh, Esq._____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
5:18-cr-00427-FJS-1 USA v. Fair, et al.

IT IS SO ORDERED

Dated: _____

                                        _____
                                        ☐ U.S. District Judge
                                        ☐ U.S. Magistrate Judge

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## *Anas Saleh*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **February 23, 2012**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, December 11, 2018.

_____
Deputy Clerk of the Court