## Anas Saleh, Esq.
**ATTORNEY AT LAW**
*404 Oak St., Ste. 288*
*Syracuse, NY 13203-2997*
*315-569-1343*
*asaleh@salehesq.com*

February 14, 2019

**VIA ECF**
Honorable Frederick J. Scullin Jr.
U.S. Senior U.S. District Judge
Federal Building and U.S. Courthouse P.O. Box 7396
Syracuse, New York 13261-7396
Re: USA vs. Fair. (5:18-cv-00427-FJS-1)

Dear Honorable Senior U. S District Judge Scullin:

On behalf of Daitwaun and I, I want to thank you so much for your text order.  We believe it is a testament to your great service to our Country, your Honor, as well as your Honor Andrew T. Baxter's service.  It showed the beauty of our amazing legal system, and the Northern District of New York.

The Supreme Court is not needed, because I figured out after reaching out to all parties, including defense counsel, the Northern District of New York's system is beautiful. The Federal Public Defender's Office, including my transition into counsel, from first counsel, Randi Bianco, Assistant Federal Public Defender, Litigation Supervisor, as well as staff were so great!  Also, all the staff of the Federal building, including the clerks and security guard, they are so kind.

We also want to especially thank the Government and AUSA Nicolas Commandeur, who were so professional.  Even though we had disagreements, the Government, especially AUSA Commandeur, as well as his staff, were so kind and courteous.

How amazing our country is?  I propose that it seems there is no bounds!  I see clearly now that our Government is on the right side of history always!  Life, liberty and the pursuit of happiness.

Thank you everyone, it's my true honor to share this moment in our great legal system with you. Happy Valentine's Day to you and all your families.  Today is a fitting day to show everyone some love!

Respectfully submitted,

**s/ Anas Saleh, Esq.**
Anas Saleh, Esq. (Bar No. 517409)
Attorney for Defendant Daitwaun Fair
404 Oak St., STE 288
Syracuse, NY 13203
Telephone: (315) 569-1343
Facsimile: (315) 282-2601
Email: asaleh@salehesq.com

*cc via ECF*:  AUSA Nicolas Commandeur